FILED

01/25/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0527

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0527

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

ROBIN REID COLLINS,

      Defendant and Appellant.

## ORDER

      Upon consideration of the Appellant's Motion for Extension of Time, and good cause appearing therefor,

      IT IS HERBY ORDERED that the Motion is GRANTED. Appellant's Opening Brief shall be filed on or before March 2, 2022.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
January 25 2022